**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher D. Carter, Sr., | ) | No. CV-08-549-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BRE Morgan Assets, LP d/b/a Villagio Apartments, | ) ) ) | |
| Defendant. | ) ) ) | |

The Court having received the parties' Stipulation of Dismissal (Dkt. 9),

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this 6th day of August, 2008.

Stephen M. McNamee
United States District Judge